Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendants Enformion LLC and Enformion Holdco Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, | (Electronically Filed) |
| Plaintiffs, | CIVIL ACTION |
| v. | |
| ENFORMION LLC, ENFORMION HOLDCO INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* | Civil Action No. _____ |
| Defendants. | |

**DECLARATION OF ANGELO A. STIO III**

I, Angelo A. Stio III declare as follows:

1.      I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration.  If called as a witness, I could and would competently testify as to these same facts.

169979194v1

-2-

2.      I have personal knowledge of the facts set forth in this Declaration.

3.      I am a partner with the law firm Troutman Pepper Hamilton Sanders, LLP, which is representing Defendants Enformion LLC and Enformion Holdco Inc. in the above-captioned matter.

4.      Attached as **Exhibit 1** is a true and accurate copy of Atlas' Daniel's Law Service Terms, which are referenced in the Notice of Motion and being filed under seal.

5.      Attached as **Exhibit 2** is a true and correct copy of Plaintiff Edwin Maldonado's public facing LinkedIn profile.

6.      Attached as **Exhibit 3** is a true and correct screenshot of the Franklin Township Police Department webpage listing Defendant Patrick Colligan as a Detective with the Franklin Township Police Department.

7.      Attached as **Exhibit 4** is a true and correct copy of Plaintiff Peter Andreyev's public facing LinkedIn profile.

8.      I represent that defendant Enformion LLC. Enformion LLC's principal place of business is located in California.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 22, 2024

*/s/ Angelo A. Stio*
Angelo A. Stio III

-2-