Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Enformion Holdco, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* PATRICK COLLIGAN and PETER ANDREYEV<br><br>Plaintiffs,<br><br>v.<br><br>ENFORMION, LLC, ENFORMION HOLDCO INC., RICHARD DOES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | (Electronically Filed)<br><br>CIVIL ACTION<br>Civil Action No. _____ |

**STATEMENT OF OWNERSHIP PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Enformion Holdco, Inc. ("Enformion") certifies that Enformion is a Delaware corporation, and Enformion does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

                *s/Angelo A. Stio III*
                Angelo A. Stio III
                Melissa A. Chuderewicz
                **TROUTMAN PEPPER**
                **HAMILTON SANDERS LLP**

        Suite 400
        301 Carnegie Center
        Princeton, NJ  08543-5276
        (609) 951.4125
        Angelo.Stio@troutman.com
        Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant Enformion Holco, Inc.*

Dated : March 22, 2024