Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Enformion LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* PATRICK COLLIGAN and PETER ANDREYEV<br><br>Plaintiffs,<br><br>v.<br><br>ENFORMION, LLC, ENFORMION HOLDCO INC., RICHARD DOES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | (Electronically Filed)<br><br>CIVIL ACTION<br><br>Civil Action No. _____ |

**STATEMENT OF OWNERSHIP PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Enformion, LLC ("Enformion") certifies that Enformion is a Delaware limited liability company, and Enformion does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

                                                  *s/Angelo A. Stio III*
                                                  Angelo A. Stio III
                                                  Melissa A. Chuderewicz
                                                  **TROUTMAN PEPPER**
                                                  **HAMILTON SANDERS LLP**

Suite 400
301 Carnegie Center
Princeton, NJ  08543-5276
(609) 951.4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant Enformion LLC*

Dated : March 22, 2024