Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendants Enformion LLC and*
*Enformion Holdco, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ENFORMION, LLC, et al., <br><br> Defendants. | Civil Action No. 2:24-cv-4110-SRC-JBC <br><br> **APPLICATION FOR EXTENSION OF TIME PURSUANT TO LOCAL FEDERAL RULE 6.1** |

Application is hereby made pursuant to Local Federal Rule 6.1 for a Clerk's Order extending the time within which Defendants Enformion LLC and Enformion Holdco, Inc. (collectively, "Enformion") may answer, move or otherwise respond to the Complaint filed by Plaintiffs Atlas Data Privacy Corporation, Jane Doe-1, Jane Doe-2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, and Peter Andreyev ("Plaintiffs"), and it is represented that:

1. Plaintiffs filed their Complaint on February 6, 2024.

2. Enformion was served with the Complaint on February 27, 2024.

3. Enformion filed a Petition for Removal with this Court pursuant to 28 U.S.C. § 1446 on March 22, 2024 (ECF Doc. No 1). The Petition was filed within thirty (30) days of Enformion's receipt "through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

4. Enformion did not answer, move or otherwise reply to the Complaint in state court. Pursuant to Fed. R. Civ. P. 81(c)(2), Enformion's response to the Complaint is due within the longest of these periods: "(A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed."

5. Accordingly, Enformion's response to the Complaint is due 7 days after March 22, 2024 – the longest period provided under Rule 81(c) – or March 29, 2024, which date is determined under Fed. R. Civ. P. 6(a). Thus, Enformion's time to answer or otherwise respond has not yet expired.

6. No similar extensions of time to respond to this pleading has been obtained by Enformion.

7. Enformion requests, pursuant to L.Civ.R. 6.1(b), that the Clerk enter an Order extending the time in which Enformion may answer, move or otherwise respond to the Complaint by 14 days, or until April 12, 2024.

By:   /s/ Angelo A. Stio III
      Angelo A. Stio III
      Melissa A. Chuderewicz
      **TROUTMAN PEPPER HAMILTON SANDERS LLP**
      Suite 400
      301 Carnegie Center
      Princeton, NJ 08540-6227
      (609) 951-4125
      angelo.stio@troutman.com
      melissa.chuderewicz@troutman.com

*Attorneys for Defendant Enformion LLC and Enformion Holdco, Inc.*

Dated: March 27, 2024

Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendants Enformion LLC and*
*Enformion Holdco, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ENFORMION LLC, et al.,<br><br>Defendants. | Civil Action No. 2:24-cv-4110-SRC-JBC<br><br>**ORDER GRANTING APPLICATION FOR AN EXTENSION OF TIME PURSUANT TO L.CIV.R. 6.1** |

The Application of Defendants Enformion LLC and Enformion Holdco, Inc. (collectively, "Enformion") for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiffs' Complaint is **GRANTED**. Enformion's time to answer, move or otherwise respond to the Complaint is extended by fourteen (14) days up to and including April 12, 2024.

ORDER DATED _____         WILLIAM T. WALSH, Clerk

                                                            By: _____
                                                                     Deputy Clerk