Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6227
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendants Enformion, LLC and*
*Enformion Holdco, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | (Electronically Filed) |
| Plaintiffs, | |
| v. | Civil Action No. 2:24-cv-04110-SRC-JBC |
| ENFORMION, LLC, et al., | **NOTICE OF APPEARANCE** |
| Defendants. | |

The undersigned hereby appears on behalf of Defendants Enformion, LLC and Enformion Holdco, Inc. in the above matter.

          Respectfully,

          **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ Melissa A. Chuderewicz
      Melissa A. Chuderewicz
      301 Carnegie Center, Suite 400
      Princeton, NJ 08540-6227
      (609) 951-4118
      melissa.chuderewicz@troutman.com

      *Attorneys for Defendants Enformion, LLC and*
      *Enformion Holdco, Inc.*

Dated: March 27, 2024