Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540-6227

troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

April 10, 2024

**VIA ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pen]nsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Atlas Data Privacy Corp., et al v. Enformion, LLC, et al.*
      Civil Action No. 1:24-cv-04110-HB

Dear Judge Bartle:

    This firm represents Defendants Enformion, LLC and Enformion, Inc. ("Defendants") in the above-referenced matter. Defendants seek to have Ronald I. Raether, Esq. admitted *pro hac vice*. Enclosed are the supporting declaration of Mr. Raether setting forth this qualifications, together with my declaration in support of his application and the Proposed Order granting pro hac vice admission.

    The parties have consented to this. We therefore respectfully request the entry of the enclosed proposed order.

    Thank you for the Court's consideration of this request.

                                   Respectfully submitted,

                                   /s/ Angelo A. Stio, III
                                   Angelo A. Stio, III

cc:    Ronald I. Raether, Esq.
        Joshua D. Davey, Esq.
        Rajiv Parikh, Esq.
        Mark Mao, Esq.
        John Yanchunis, Esq.