IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ENFORMION, LLC, et al.,<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-04110-HB<br><br>**CERTIFICATION OF ADAM SHAW IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***<br><br>Judge: Hon. Harvey Bartle III |

I, Adam Shaw, hereby certify that:

1. I submit this Certification in support of my application for admission *pro hac vice* in the above-captioned case pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey on behalf of Plaintiff Atlas Data Privacy Corporation, in the above-captioned case.

2. I am an attorney and a member of the law firm Boies Schiller Flexner LLP, located at 30 South Pearl Street, 12th Floor, Albany, New York 12207, telephone: 518-434-0600. My email address is: ashaw@bsfllp.com.

3. Since 1994, I have been and presently am a member of and in good standing with the Bar of the State of New York. My bar license number is 2587467.

4. I am admitted to practice before the following courts:

   - Southern District of New York, admitted in 1994
   - Northern District of New York, admitted in 1996
   - Western District of New York, admitted in 1997
   - Eastern District of New York, admitted in 2002
   - Western District of Texas, admitted in 2019
   - District of Nebraska, admitted in 2022
   - Western District of Michigan, admitted in 2022

- U.S. Court of Appeals for the Second Circuit, admitted in 1998
- U.S. Court of Appeals for the Ninth Circuit, admitted in 2009
- U.S. Court of Appeals for the First Circuit, admitted in 2015
- U.S. Court of Appeals for the Fifth Circuit, admitted in 2018
- U.S. Court of Appeals for the Eleventh Circuit, admitted in 2022

5. I am presently a member in good standing of the bars of the courts listed above.

6. There are no pending disciplinary proceedings against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7. I have acquired a copy of the Local Rules of the United States District Court for the District of New Jersey, and I am generally familiar with those rules. I shall abide by all applicable rules of this Court, including all disciplinary rules, as a continuing condition of admission.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 15th day of April, 2024.

_____
ADAM SHAW