Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendants Enformion LLC and
Enformion Holdco, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>ENFORMION, LLC, et al.,<br><br>                      Defendants. | Civil Action No. 1:24-cv-04110-HB |

**REQUEST BY LOCAL COUNSEL FOR
*PRO HAC VICE* ATTORNEY TO
RECEIVE ELECTRONIC NOTIFICATION**

        Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

        1.  An Order granting the admission *pro hac vice* of Joshua D. Davey, Esq. in the within matter was entered on April 16, 2024 (Document Number 20); and

        2.  The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                              */s/ Angelo A. Stio*
                                              Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:
Name: Joshua D. Davey, Esq.
Address: Troutman Pepper Hamilton Sanders LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202
Phone: (704) 998-4050
E-Mail: joshua.davey@troutman.com