Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendants*
*Enformion, LLC and Enformion, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ENFORMION, LLC and ENFORMION, INC., et al., <br><br> Defendants. | Civil Action No. 1:24-cv-04110-HB |

**REQUEST BY LOCAL COUNSEL FOR**
***PRO HAC VICE* ATTORNEY TO**
**RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order granting the admission *pro hac vice* of Ronald I. Raether, Esq. in the within matter was entered on April 16, 2024 (Document Number 19); and

2. The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                            */s/ Angelo A. Stio*
                                                            Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Ronald I. Raether, Esq. |
| Address: | Troutman Pepper Hamilton Sanders LLP |
| | 5 Park Plaza |
| | Suite 1400 |
| | Irvine, CA  92614 |
| Phone: | (213) 928-9800 |
| E-Mail: | ron.raether@troutman.com |