UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                      **DATE OF PROCEEDINGS: 04/18/2024**
**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell          **DOCKET #**   CV 24-4110 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
                v.
ENFORMION, LLC et al

**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE



Time commenced:  10:00 AM                     Time Adjourned: 12:20 PM

Total: 2 hours and 20 minutes



                                                              s/ *David Bruey*
                                                              **DEPUTY CLERK**