IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY            :    CIVIL ACTION:
CORPORATION, ET AL.           :
                              :    NO. 24-04110
        v.                    :
                              :
ENFORMION, LLC., ET AL.       :

ORDER

AND NOW on this __24th__ day of __April__, 2024 it is hereby ORDERED that the Motion for Leave (ECF#: 23) is hereby DENIED without prejudice with leave to refile in accordance with the District Court of New Jersey Local Rule of Civil Procedure 101.1(c).


BY THE COURT:


_Harvey Bartle III_
                              J.