UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                   **DATE OF PROCEEDINGS: 05/07/2024**
**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4110 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
              v.
ENFORMION, LLC et al

**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE



Time  commenced:  2:40  PM                      Time Adjourned: 2:42 PM

Total:  2 minutes


                                                                    s/ *David Bruey*
                                                                    **DEPUTY CLERK**