Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6227
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendants Enformion, LLC and Enformion Holdco, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| ATLAS DATA PRIVACY CORPORATION, et al., Plaintiffs, v. ENFORMION, LLC, et al., Defendants. | (Electronically Filed) Civil Action No. 1:24-cv-04110-HB **NOTICE OF APPEARANCE** |
|---|---|

The undersigned hereby appears on behalf of defendants Enformion, LLC and Enformion Holdco, Inc. in the above matter.

Respectfully,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:  /s/ Stephanie L. Jonaitis
Stephanie L. Jonaitis
301 Carnegie Center, Suite 400
Princeton, NJ 08540-6227
(609) 951-4212
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendants Enformion, LLC and Enformion Holdco, Inc.*

Dated: July 26, 2024