## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

                  Plaintiff,

v.                          Case No.: 1:24–cv–04110–HB
                          Judge Harvey Bartle (EDPA), III

ENFORMION, LLC, et al.

                  Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER–L–000767–24

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                      Very truly yours,

                                      CLERK OF COURT
                                      By Deputy Clerk, lm

encl.
cc: All Counsel